OHIO STATE BAR ASSOCIATION *v.* LOWE.

[Cite as Bar Assn. v. Lowe (1981), 67 Ohio St. 2d 335.]

(D.D. No. 81-1—Decided July 22, 1981.)

336

*Mr. John R. Welch, Mr. Albert L. Bell, Mr. William L. Clark* and *Mr. Emerson Cheek, III*, for relator.

*Preiser & Wilson Co., L.P.A., Mr. Stanley E. Preiser* and *Mr. Frederick D. Fahrenz*, for respondent.

*Per Curiam.* Upon examination of the record and the findings of the board of commissioners, we conclude that there are ample facts to justify the board's finding that respondent violated DR-1-102(A)(4) and (6), DR-1-102(A)(3), (4) and (6), DR-6-101(A)(3), DR-7-102(A)(3), and DR-9-102(B)(1) and (3) of the Code of Professional Responsibility.

Accordingly, respondent is hereby indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, P. BROWN, SWEENEY, LOCHER, HOLMES and C. BROWN, JJ., concur.